UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN, INC. and JOHNSON & JOHNSON,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>SHASTA TECHNOLOGIES, LLC, PHARMATECH SOLUTIONS, INC., DECISION DIAGNOSTICS CORP. and CONDUCTIVE TECHNOLOGIES, INC. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 12-CV-06360<br><br>ORDER RE: DEFENDANTS' OPPOSITIONS TO MOTION FOR PRELIMINARY INJUNCTION |

　　　　On December 19, 2012, Plaintiffs Lifescan, Inc. and Johnson & Johnson ("Plaintiffs") filed a Motion for a Preliminary Injunction ("Motion") against Defendants Shasta Technologies, LLC ("Shasta"), Pharmatech Solutions, Inc. ("Pharmatech"), Decision Diagnostics Corp. ("Decision Corp."), and Conductive Technologies, Inc. ("Conductive"). *See* ECF No. 14. On January 2, 2013, Defendants Shasta and Conductive filed an Opposition to the Motion. *See* ECF No. 27. On the same date, Defendants Decision Corp. and Pharmatech filed a separate Opposition to the Motion. *See* ECF. No. 29. Defendants Shasta and Conductive's Opposition incorporates by reference certain arguments made in Defendants Decision Corp. and Pharmatech's Opposition. *See* ECF No. 27 at 5.

　　　　The Court hereby STRIKES Defendants' separate Oppositions. The Court ORDERS that all Defendants file a joint Opposition no longer than 35 pages by January 21, 2013. Plaintiffs may

file a Reply to the joint Opposition no longer than 17 pages by January 28, 2013.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-06360
ORDER RE: DEFENDANTS' OPPOSITIONS TO MOTION FOR PRELIMINARY INJUNCTION