1   CATHERINE A. WILLIAMS
    PATTERSON BELKNAP WEBB & TYLER LLP
2   1133 Avenue of the Americas
    New York, New York 10036
3   Telephone:   (212) 336-2000
    Facsimile:   (212) 336-2222
4   E-Mail:      cawilliams@pbwt.com

5   Attorneys for Plaintiffs
    LIFESCAN, INC. and
6   JOHNSON & JOHNSON

7

RECEIVED

DEC 1 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT FOURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12   LIFESCAN, INC. and              Case No. CV 12 - 6360
     JOHNSON & JOHNSON,
13                                   [PROPOSED] ORDER GRANTING
                 Plaintiffs,         APPLICATION OF ATTORNEY
14                                   CATHERINE A. WILLIAMS FOR
           v.                        ADMISSION *PRO HAC VICE*
15
     SHASTA TECHNOLOGIES, LLC,                              KAW
16   DECISION DIAGNOSTICS CORP.,
     PHARMATECH SOLUTIONS, INC.,
17   and CONDUCTIVE TECHNOLOGIES,
     INC.,
18
                 Defendants.
19

20          IT IS HEREBY ORDERED THAT the application of Catherine A. Williams, whose

21   business address and telephone number is Patterson Belknap Webb & Tyler LLP, 1133 Avenue of

22   the Americas, New York, New York 10036; Telephone:  (212) 336-2000, and who is an active

23   member in good standing of the Bar of the State of New York, admission to practice in the

24   Northern District of California on a *pro hac vice* basis, representing plaintiffs LifeScan, Inc. and

25   Johnson & Johnson in the above-entitled action, is GRANTED, subject to the terms and

26   conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

27   *vice*.  Service of papers upon and communication with co-counsel designated in the application

28   will constitute notice to the party.

―――――――――――――――――――――――――――――――――――――――――――――
            [PROPOSED] ORDER RE CATHERINE A. WILLIAMS PRO HAC VICE APPLICATION

1

2    Dated: January 9, 2013

3                                        Lucy H. Koh
4                                        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER RE CATHERINE A. WILLIAMS PRO HAC VICE APPLICATION