WILLIAM F. CAVANAUGH
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
E-Mail: wfcavanaugh@pbwt.com

Attorneys for Plaintiffs
LIFESCAN, INC. and
JOHNSON & JOHNSON

RECEIVED
DEC 1 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LIFESCAN, INC. and
JOHNSON & JOHNSON,

    Plaintiffs,

v.

SHASTA TECHNOLOGIES, LLC,
DECISION DIAGNOSTICS CORP.,
PHARMATECH SOLUTIONS, INC.,
and CONDUCTIVE TECHNOLOGIES,
INC.,

    Defendants.

Case No. CV 12-6360 KAW

[PROPOSED] ORDER GRANTING APPLICATION OF ATTORNEY WILLIAM F. CAVANAUGH FOR ADMISSION *PRO HAC VICE*

    IT IS HEREBY ORDERED THAT the application of William F. Cavanaugh, whose business address and telephone number is Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036; Telephone: (212) 336-2000, and who is an active member in good standing of the Bar of the State of New York, admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs LifeScan, Inc. and Johnson & Johnson in the above-entitled action, is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

[PROPOSED] ORDER RE WILLIAM F. CAVANAUGH PRO HAC VICE APPLICATION

Dated: January 9, 2013

_____
Lucy H. Koh
United States District Judge