1 GREGORY L. DISKANT
  PATTERSON BELKNAP WEBB & TYLER LLP
2 1133 Avenue of the Americas
  New York, New York 10036
3 Telephone: (212) 336-2000
  Facsimile: (212) 336-2222
4 E-Mail: gldiskant@pbwt.com

5 Attorneys for Plaintiffs
  LIFESCAN, INC. and
6 JOHNSON & JOHNSON

RECEIVED

DEC 1 4 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN, INC. and JOHNSON & JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA TECHNOLOGIES, LLC, DECISION DIAGNOSTICS CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2 - 6360<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF ATTORNEY GREGORY L. DISKANT FOR ADMISSION *PRO HAC VICE*<br><br>KAW |

IT IS HEREBY ORDERED THAT the application of Gregory L. Diskant, whose business address and telephone number is Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, New York 10036; Telephone: (212) 336-2000, and who is an active member in good standing of the Bar of the State of New York, admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs LifeScan, Inc. and Johnson & Johnson in the above-entitled action, is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated: January 9, 2013

_____
Lucy H. Koh
United States District Judge