1  SEAN R. MARSHALL
   PATTERSON BELKNAP WEBB & TYLER LLP
2  1133 Avenue of the Americas
   New York, New York 10036
3  Telephone:   (212) 336-2000
   Facsimile:   (212) 336-2222
4  E-Mail:   smarshall@pbwt.com

5  Attorneys for Plaintiffs
   LIFESCAN, INC. and
6  JOHNSON & JOHNSON

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  LIFESCAN, INC. and                    Case No. CV 12- 6360
    JOHNSON & JOHNSON,
13                                        **[PROPOSED] ORDER GRANTING
              Plaintiffs,                 APPLICATION OF ATTORNEY
14                                        SEAN R. MARSHALL FOR
         v.                               ADMISSION *PRO HAC VICE***
15
    SHASTA TECHNOLOGIES, LLC,                                        KAW
16  DECISION DIAGNOSTICS CORP.,
    PHARMATECH SOLUTIONS, INC.,
17  and CONDUCTIVE TECHNOLOGIES,
    INC.,
18
              Defendants.
19

20       IT IS HEREBY ORDERED THAT the application of Sean R. Marshall, whose business

21  address and telephone number is Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the

22  Americas, New York, New York 10036; Telephone: (212) 336-2000, and who is an active

23  member in good standing of the Bar of the State of New York, admission to practice in the

24  Northern District of California on a *pro hac vice* basis, representing plaintiffs LifeScan, Inc. and

25  Johnson & Johnson in the above-entitled action, is GRANTED, subject to the terms and

26  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

27  *vice*. Service of papers upon and communication with co-counsel designated in the application

28  will constitute notice to the party.

―――――――――――――――――――――――――――――――――――――――――――――――
[PROPOSED] ORDER RE SEAN R. MARSHALL PRO HAC VICE APPLICATION

RECEIVED

DEC 1 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1

2  Dated: January 9, 2013

3  Lucy H. Koh
   United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

[PROPOSED] ORDER RE SEAN R. MARSHALL PRO HAC VICE APPLICATION