UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN, INC. and <br> JOHNSON & JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> SHASTA TECHNOLOGIES, LLC, <br> PHARMATECH SOLUTIONS, INC., <br> DECISION DIAGNOSTICS CORP. and <br> CONDUCTIVE TECHNOLOGIES, INC. | Case No.: 12-CV-06360 <br><br> ORDER DENYING STIPULATION RE: CASE SCHEDULING |

The parties have submitted a stipulation and proposed order requesting that the Court set a deadline of January 28, 2013 for Plaintiffs to file responses to Defendants Shasta Technologies, Inc. and Conductive Technologies, Inc.' evidentiary objections to the Declarations of Ty Lee and Erich Joachimsthaler (ECF Nos. 32-33 ("Objections")). *See* ECF No. 42 ("Stipulation"). January 28, 2013 is the due date for Plaintiffs' reply brief in support of Plaintiff's Motion for Preliminary Injunction. *See* ECF No. 41.

The Objections were originally filed by Defendants Shasta Technologies, Inc., and Conductive Technologies, Inc. as two separate documents to be considered in connection with those Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction. *See* ECF No. 27. Defendants Pharmatech Solutions, Inc. and Decision Diagnostics Corp. filed a separate Opposition. *See* ECF No. 29. After Defendants filed their Oppositions, the Court ordered that all Defendants file a single consolidated Opposition. *See* ECF No. 41. Based on the parties' Stipulation, the

1

Case No.: 12-CV-06360
ORDER DENYING STIPULATION RE: CASE SCHEDULING

Court surmises that all Defendants now wish that the Objections be considered in connection with Defendants' recently filed joint Opposition.  *See* ECF No. 49.

Local Rule 7-3(b) provides that "[a]ny evidentiary and procedural objections to [a party's] motion must be contained within the [Opposition] brief or memorandum."  Defendants' Objections are not contained in Defendants' joint Opposition but rather are contained in two separately filed documents, which constitute 15 pages of additional unauthorized briefing.  Accordingly, the Court disregards Defendants' Objections.[1]  The parties' Stipulation seeking an order setting a deadline for Plaintiffs' response to the Objections is therefore DENIED.

**IT IS SO ORDERED.**

Dated: January 23, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

---

[1] To the extent Defendants' joint Opposition brief contains evidentiary objections, the Court will consider these objections.