UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lifescan, Inc. et al.

Plaintiff(s),

v.

Shasta Technologies, et al.

Defendant(s).

Case No: CV1206360 (LHK)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, William A. Rudy, an active member in good standing of the bar of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Pharmatech and Decision Diagnostics in the above-entitled action. My local co-counsel in this case is John Shaeffer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2345 Grand Blvd., Suite 2200, K.C., MO 64108 | 1888 Century Park East, Suite 1000<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(816) 460-5819 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 789-4600 |
| MY EMAIL ADDRESS OF RECORD:<br>wrudy@lathropgage.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jshaeffer@lathropgage.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36996.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1/14/13

APPLICANT

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of William A. Rudy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 23, 2013

Lucy H. Koh
United States District Judge