**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN, INC. and JOHNSON & JOHNSON,<br><br>             Plaintiffs,<br><br>       vs.<br><br>SHASTA TECHNOLOGIES, LLC, PHARMATECH SOLUTIONS, INC., DECISION DIAGNOSTICS CORP. and CONDUCTIVE TECHNOLOGIES, INC. | Case No.: 12-CV-06360<br><br>ORDER DENYING ADMINISTRATIVE MOTION TO ADVANCE THE HEARING DATE FOR LIFESCAN AND JOHNSON & JOHNSON'S MOTION FOR A PRELIMINARY INJUNCTION |

Plaintiffs Lifescan, Inc. and Johnson & Johnson ("Plaintiffs") have filed an administrative motion to advance the hearing date on Plaintiffs' motion for preliminary injunction (ECF No. 14), which is currently scheduled to be heard May 2, 2013. ECF No. 55. Due to the Court's impacted schedule, the Court cannot accommodate Plaintiffs' request. Accordingly, Plaintiffs' administrative motion is DENIED. The hearing on Plaintiffs' motion for preliminary injunction will remain as set on May 2, 2013 at 1:30 p.m. However, if an earlier hearing date becomes available, the Court will advance Plaintiffs' motion hearing.

**IT IS SO ORDERED.**

Dated: January 29, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-06360
ORDER DENYING ADMINISTRATIVE MOTION TO ADVANCE THE HEARING DATE FOR LIFESCAN AND JOHNSON & JOHNSON'S MOTION FOR A PRELIMINARY INJUNCTION