MICHAEL J. TIMMONS
Senior Legal Counsel
JOHNSON & JOHNSON
One Johnson & Johnson Plaza
WHQ-4122
New Brunswick, NJ 08933
Telephone: (732) 524-3746
Facsimile: (732) 524-1277
E-Mail: mtimmons@its.jnj.com

Attorneys for Plaintiffs
LIFESCAN, INC. and
JOHNSON & JOHNSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LIFESCAN, INC. and JOHNSON & JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA TECHNOLOGIES, LLC, DECISION DIAGNOSTICS CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. CV12-6360 (LHK)<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF ATTORNEY MICHAEL J. TIMMONS FOR ADMISSION *PRO HAC VICE* |

IT IS HEREBY ORDERED THAT the application of Michael J. Timmons, whose business address and telephone number is Johnson & Johnson, One Johnson & Johnson Plaza, WHQ-4122, New Brunswick, NJ 08933; Telephone: (732) 524-3746, and who is an active member in good standing of the Bar of the State of New York, admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs LifeScan, Inc. and Johnson & Johnson in the above-entitled action, is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

[PROPOSED] ORDER RE MICHAEL J. TIMMONS PRO HAC VICE APPLICATION

- 2 -

1  *vice*. Service of papers upon and communication with co-counsel designated in the application
2  will constitute notice to the party.
3
4  Dated: February 5, 2013                               _____
                                                          Lucy H. Koh
5                                                         United States District Judge

- 2 -
[PROPOSED] ORDER RE MICHAEL J. TIMMONS PRO HAC VICE APPLICATION