UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIFESCAN, INC., et al.,

Plaintiffs,

v.

SHASTA TECHNOLOGIES, LLC, et al.,

Defendants.

Case No. 12-cv-06360-JST

**ORDER VACATING MOTION HEARING; ORDER TO SHOW CAUSE**

Re: Dkt. Nos.: 14, 40.

A hearing is scheduled for March 21, 2013, on Shasta and Conductive's motion to dismiss, Dkt. No 40, and Plaintiffs' motion for a preliminary injunction, Dkt. No. 14. The hearing is VACATED in light of Judge Davila's order granting Plaintiffs' motion for a preliminary injunction in *LifeScan v. Shasta*, 5:11-CV-04494-EJD. *See* Dkt. No. 82, Plaintiffs' Statement of Recent Decision.

By March 27, 2013, Plaintiffs shall show cause, in writing, why their claims should not be dismissed for lack of standing in light of Judge Davila's order, which appears to eliminate any case or controversy between the parties. Plaintiffs must support their position with relevant authority. The filing must contain a proposal as to what the Court should do with respect to the pending motions and the case as a whole. Defendants may file a response by April 1, 2013.

Alternatively, the parties may file a stipulation on or before March 25, 2013, that proposes a course of action supported by authority with respect to the pending motions and Plaintiffs' claims.

//

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated: March 20, 2013

Jon S. Tigar
United States District Judge

United States District Court
Northern District of California