1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7    LIFESCAN, INC., et al.,                        Case No.   12-cv-06360-JST

              Plaintiffs,
8

9         v.                                        **ORDER STAYING ACTION**

10   SHASTA TECHNOLOGIES, LLC, et al.,              Re: Dkt. Nos. 83, 84, 85

              Defendants.
11

12

13          A motion for a preliminary injunction is pending in this action for violations of the

14   Lanham Act.  *See* Dkt. No. 14.  On March 19, 2013, two days before the hearing on the pending

15   motion, District Judge Davila granted a motion for a preliminary injunction in *LifeScan, Inc. et al.*

16   *v. Shasta Techs., LLC et al.*, Case No. 11-cv-4494 (EJD) ("the *LifeScan* patent case"), which

17   barred the production and sale of the product at issue in this action.

18          The Court issued an order to show cause why this action should not be dismissed for lack

19   of a case or controversy and requiring each party to make a proposal as to how to address the

20   pending preliminary injunction motion and the case as a whole in light of the injunction issued in

21   the *LifeScan* patent case.  Dkt. No. 83.

22          In its response to that order, each party requests that the preliminary injunction motion and

23   all other proceedings in this case be stayed pending (1) the resolution of the motion to stay the

24   enforcement of the injunction in the *LifeScan* patent case, which currently is pending before Judge

25   Davila, and (2) the resolution of the motion to stay pending appeal that Defendants intend to file in

26   the Federal Circuit in the event that Judge Davila denies their motion to stay.  *See* Dkt. No. 84 at

27   4; Dkt. No. 85 at 2.

28   //

United States District Court
Northern District of California

1          Based on the parties' submissions, this action is STAYED pending the final determination

2    of the enforcement of the injunction issued by Judge Davila.  Within seven days of the date on

3    which the final determination is issued, the parties shall file a joint status report that explains the

4    impact of that determination on this action.   All pending motions in this action are

5    TERMINATED without prejudice, and all case deadlines are VACATED.

6          **IT IS SO ORDERED**.

7    Dated: April 8, 2013

8    _____

9                       JON S. TIGAR
              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2