| | |
|---|---|
| Gregory L. Diskant (admitted *pro hac vice*) <br> Eugene M. Gelernter (admitted *pro hac vice*) <br> PATTERSON BELKNAP WEBB & TYLER LLP <br> 1133 Avenue of the Americas <br> New York, NY 10036 <br> Telephone:   (212) 336-2000 <br> Facsimile:    (212) 336-2222 <br> E-mail:        gldiskant@pbwt.com <br>                     emgelernter@pbwt.com <br><br> Sue Roeder (S.B. #160897) <br> O'MELVENY & MYERS LLP <br> 2765 Sand Hill Road <br> Menlo Park, CA  94025 <br> Telephone:   (650) 473-2600 <br> Facsimile:    (650) 473-2601 <br> E-Mail:       sroeder@omm.com <br><br> *Attorneys for Plaintiffs LifeScan Inc. and LifeScan Scotland, Ltd.* | Robert P. Andris (SBN 130290) <br> Lael D. Andara (SBN 215416) <br> ROPERS, MAJESKI, KOHN & BENTLEY <br> 1001 Marshall Street, Suite 500 <br> Redwood City, CA 94063-2052 <br> Telephone: (650) 364-8200 <br> Facsimile: (650) 780-1701 <br> Email:   randris@rmbk.com <br>                landara@rmbk.com <br><br> *Attorneys for Defendants Shasta Technologies, LLC and Conductive Technologies, Inc.* <br><br><br> John J. Shaeffer (S.B. # 138331) <br> Carole Handler (S.B. # 129381) <br> Jeff Grant (S.B. # 218974) <br> LATHROP & GAGE LLP <br> 1888 Century Park East, Suite 1000 <br> Los Angeles, CA 90067 <br> Telephone:  (310) 789-4600 <br> Facsimile:  (310) 789-4601 <br> Email:   jshaeffer@lathropgage.com <br>                chandler@lathropgage.com <br>                jgrant@lathropgage.com <br><br> *Attorneys for Defendants Decision Diagnostics Corp. and PharmaTech Solutions, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFESCAN, INC. and JOHNSON & JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> SHASTA TECHNOLOGIES, LLC, DECISION DIAGNOSTICS CORP., PHARMATECH SOLUTIONS, INC., and CONDUCTIVE TECHNOLOGIES, INC., <br><br> Defendants. | Case No. CV12-6360 (WHO) <br><br> **ORDER STAYING PROCEEDINGS** |

Having reviewed the parties' Joint Statement Regarding Staying Causes of Action submitted in *LifeScan, Inc. et al. v. Shasta Technologies, LLC, et al.*, Case N. 11-cv-04494 (N.D. Cal.), and pursuant to agreement by all parties and for good cause shown, and subject to the exceptions set forth in this Order, all proceedings concerning Plaintiffs' First, Fifth and Sixth Claims for Relief, to the extent they do not relate to Defendants' use of Plaintiffs' trademarks and trade dress as described in the Complaint at paragraphs 52-67 (*see* Dkt. No. 1), are hereby stayed pending a final decision by the Patent Trials and Appeals Board ("PTAB") in the pending *inter partes* review of U.S. Patent No. 7,250,105 (the "'105 Patent"). When the PTAB issues a final decision in the IPR concerning the '105 Patent, the Court, on the request of any party, may consider whether the stay provided in this paragraph should, or should not, continue during the pendency of any appeals from that final decision.

Any party may move to modify or lift the stay ordered herein for good cause shown.

IT IS SO ORDERED.

Dated: October 8, 2013

By: _____
Honorable William H. Orrick
United States District Judge