Gregory L. Diskant (admitted *pro hac vice*)
Eugene M. Gelernter (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: gldiskant@pbwt.com
       emgelernter@pbwt.com

Charles D. Hoffmann (admitted *pro hac vice*)
Sean R. Marshall (admitted *pro hac vice*)
HOFFMANN MARSHALL STRONG LLP
116 W 23rd Street, Suite 500
New York, NY 10011
Tel/Fax: (646) 741-4501
Email: charlie@hmscounsel.com
       sean@hmscounsel.com

Susan Roader (S.B. #160897)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
Email: sroeder@omm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFESCAN, INC. and<br>LIFESCAN SCOTLAND, LTD.,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DECISION DIAGNOSTICS CORP., and<br>PHARMATECH SOLUTIONS, INC.,<br>　　　　　　Defendants. | Case No. 11-cv-4494-WHO<br>Case No. 12-cv-6360-WHO<br><br>**ORDER** |
| LIFESCAN, INC. and<br>JOHNSON & JOHNSON,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DECISION DIAGNOSTICS CORP.,<br>PHARMATECH SOLUTIONS, INC.,<br>　　　　　　Defendants. | |

Pursuant to the Court's order (D.E. 477), Plaintiffs LifeScan Inc. and LifeScan Scotland Ltd. (collectively, "LifeScan") submit this proposed order.

WHEREAS LifeScan has alleged in these actions that Defendants Decision Diagnostics Corp. and PharmaTech Solutions, Inc. (collectively "PharmaTech"): (1) infringe U.S. Patent Nos. 5,708,247 ('247 patent), 6,241,862 ('862 patent), and 7,250,105 ('105 patent) in the 11-4494 Case and (2) have violated the Lanham Act and related state law provisions in the 12-6360 Case; and

WHEREAS LifeScan has advised the Court in a Motion for Administrative Relief (D.E. 469) that it desires to narrow the issues for trial by voluntarily dismissing (a) its claim for infringement of the '247 patent and its claims for monetary damages on the '862 patent in the 11-4494 Case and (b) all of its claims for monetary damages in the 12-6360 Case;

Having considered Plaintiffs' Motion for Administrative Relief (D.E. 469), Defendants' opposition (D.E. 470), and argument by counsel at the May 5, 2015 Case Management Conference, and for good cause shown, IT IS ORDERED THAT:

1. LifeScan's claim that PharmaTech infringes the '247 patent, namely Count I of LifeScan's First Amended Complaint (D.E. 170) in the 11-4494 Case, is DISMISSED WITH PREJUDICE.
2. LifeScan's claim for monetary damages based on infringement of the '862 patent in the 11-4494 Case is DISMISSED WITH PREJUDICE.
3. LifeScan's claim for monetary damages based on the Lanham Act and related state law provisions in the 12-6360 Case is DISMISSED WITH PREJUDICE.
4. The stays previously entered in the 11-4494 Case remain in effect.
5. Cases 11-4494 and 12-6360 are otherwise consolidated for discovery and trial pursuant to Rule 42 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:  June 19, 2015

_____
Hon. William H. Orrick
United States District Judge