Gregory L. Diskant (admitted *pro hac vice*)
Eugene M. Gelernter (*admitted pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone:  (212) 336-2000
Facsimile:   (212) 336-2222
E-Mail:  gldiskant@pbwt.com
         emgelernter@pbwt.com

Charles Hoffmann (admitted *pro hac vice*)
Sean Marshall (admitted *pro hac vice*)
HOFFMANN MARSHALL STRONG LLP
116 West 23rd Street
New York, NY  10011
Telephone:  (212) 851-8403
Email:  charlie@hms.com
        sean@hms.com

Sue Roeder (S.B. #160897)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:  (650) 473-2600
Facsimile:  (650) 473-2601
E-Mail:  sroeder@omm.com

*Attorneys for Plaintiffs LifeScan, Inc,
and Johnson and Johnson*

William Rudy (admitted *pro hac vice*)
John J. Shaeffer (S.B. # 138331)
Jeff Grant (S.B. # 218974)
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone:  (310) 598-4150
Facsimile:  (310) 556-9828
Email:  jshaeffer@foxrothschild.com
        wrudy@foxrothschild.com
        jgrant@foxrothschild.com

*Attorneys for Defendants Decision Diagnostics
Corp. and PharmaTech Solutions, Inc..*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LIFESCAN, INC. and JOHNSON AND JOHNSON,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DECISION DIAGNOSTICS CORP. and PHARMATECH SOLUTIONS, INC.<br>　　　　　　　　Defendants. | Case No. 3:12-cv-006360-WHO<br><br>**CONSENT JUDGMENT AND ORDER ON INJUNCTION BOND** |

WHEREAS, Plaintiffs LifeScan, Inc. and Johnson and Johnson (collectively, "LifeScan") and Defendants Decision Diagnostics Corp. and PharmaTech Solutions, Inc. (collectively "PharmaTech") have settled and resolved the disputes between them in this lawsuit, and consent to this Judgment and Order,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

(1) This Court has jurisdiction of the parties and subject matter of this action.

(2) All of LifeScan's claims in this action against PharmaTech, and all of PharmaTech's counterclaims in this action against LifeScan, are hereby DISMISSED WITH PREJUDICE, without costs or attorneys' fees to any party.

(3) The preliminary injunction in this action [Dkt. 94], as modified by Order dated June 24, 2013 [Dkt. 110], is hereby DISSOLVED.

(4) The preliminary-injunction bond posted on behalf of LifeScan [Dkt. 111] is hereby EXONERATED with all funds returned to LifeScan's surety.

(5) LifeScan and PharmaTech agree not to appeal from this Judgment and Order, and waive all right to do so.

IT IS SO ORDERED on May 16, 2016 and JUDGMENT IS ENTERED ACCORDINGLY:

_____    /s/ U.S. District Judge

LifeScan and PharmaTech agree through their undersigned counsel to the entry of this Judgment and Order:

| /s/ Gregory L. Diskant | /s/ William Rudy |
|---|---|
| Gregory L. Diskant (admitted *pro hac vice*) <br> Eugene M. Gelernter (admitted pro hac vice) <br> PATTERSON BELKNAP WEBB & TYLER LLP | William Rudy (admitted *pro hac vice*) <br> John J. Shaeffer <br> FOX ROTHSCHILD LLP |
| *Attorneys for Plaintiffs LifeScan, Inc. and Johnson and Johnson* | *Attorneys for Defendants Decision Diagnostics Corp. and PharmaTech Solutions, Inc..* |
| Dated:  May 12, 2016 | |

I attest that I have received and have on file written permission to sign this Consent Judgment from all parties whose signatures are indicated by a "conformed" signature (*/s/*) within this e-filed document.

*/s/ Eugene M. Gelernter*
Eugene M. Gelernter (admitted *pro hac vice*)

Dated: May 12, 2016

8859077v.2